**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-2307**

───────────

RODEL R. TURNER, JR.,

            Plaintiff – Appellant,

        v.

JACOB LOWDEN; BANK OF AMERICA,

            Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:12-cv-01372-RDB)

───────────

Submitted:  February 24, 2014        Decided:  March 6, 2014

───────────

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Rodel R. Turner, Jr., Appellant Pro Se. Joshua Daniel Davey,
MCGUIREWOODS, LLP, Charlotte, North Carolina, Craig Robert
Haughton, MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert R. Turner, Jr., appeals the district court's order setting aside entry of default and dismissing this action alleging unjust enrichment and breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turner v. Lowden, No. 1:12-cv-01372-RDB (D. Md. Oct. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED